NEWARK MILK AND CREAM CO. OF NEWARK, N.J. v.
THE PLANNING BOARD OF THE TOWNSHIP
OF PARSIPPANY–TROY HILLS.

April 10, 1984.

Petition for certification denied.

ELEANOR GAUVRY v. FRANK A. GAUVRY.

April 10, 1984.

Petition for certification denied.

PIZZA BY BRUNO, INC. v. BOARD OF ADJUSTMENT
OF THE BOROUGH OF PARAMUS.

April 10, 1984.

Petition for certification denied.

CARL ROWATTI v. JOHN GONCHAR.

JOHN GONCHAR v. THE ZONING BOARD OF ADJUSTMENT
OF THE BOROUGH OF NORTHVALE.

April 10, 1984.

Petition for certification granted.